## BURTON v. NICHOLS.

### January 17, 1884.

#### 1 Pac. 896.

Appeal.—Where the Evidence is Conflicting, the Finding of the trial court thereon will not be disturbed.

Charles Fernald for respondent; C. A. Thompson and W. C. Stratton for appellants.

By the COURT.—The only point made by appellant is that the evidence does not justify the finding that the lands described in the complaint are not situated within the boundaries of the rancho Jesus Maria as patented by the United States. The testimony of the witnesses called by the defendant at least created a substantial conflict with reference to the location of the demanded premises, and we cannot say that the evidence did not sustain the finding of the court.

Judgment affirmed.

## In re Estate of CURTIS.

### January 19, 1884.

#### 2 Pac. 46.

Appeal—Failure to File Transcript.—Appeal Dismissed for want of transcript being filed.

Charles F. Hanlon for respondents; Freeman & Bates for appellant.

By the COURT.—No transcript on appeal having been filed in this cause, according to the rules and practice of the court, the motion made by respondents G. L. Curtis and W. C. Curtis, to dismiss the appeal from the judgment, is sustained; and as to them the appeal from the judgment is dismissed.